IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00798-BNB

GEORGE E. FLORENCE,

    Plaintiff,

v.

A. BERRIOS,
A. JOHNSON,
D. THARP,
GOMEZ (First Name Unknown),
MICHAEL CARR,
H. A. RIOS, JR.,
MICHAEL K. NALLEY,
HARRELL WATTS,
H. MARSHALL,
SORINTE (First Name Unknown),
M. D. WOOLARD,
VOOGAVICH (phonetic) (First Name Unknown), and
R. WORSHAM,

    Defendants.
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 5 2006

GREGORY C. LANGHAM
    CLERK

---

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

---

Plaintiff George E. Florence is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution in Florence, Colorado (FCI-Florence). In an order filed on April 26, 2006, the court directed Mr. Florence to cure a deficiency in this action by filing a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint. On May 11, 2006, Mr. Florence filed a document titled "Diligence in Obtaining Complete 6-Month Inmate Financial Trust Fund Account Printouts" in which he alleges that his

case manager, Mrs. S. Collins, will not provide him with a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint.

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Florence needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action. Mr. Florence has filed a motion seeking leave to proceed *in forma pauperis*. Therefore, the FCI-Florence warden will be ordered to obtain from the appropriate prison official and to provide the court with a certified copy of Mr. Florence's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on April 26, 2006. Failure to provide such an account statement within the time allowed may result in a court order directing the warden to pay the entire $350.00 filing fee owed in this action. Accordingly, it is

ORDERED that the warden of the Federal Correctional Institution in Florence, Colorado (FCI-Florence), shall have **thirty (30) days from the date of this order** to obtain from the appropriate prison official and provide the court with a certified copy of Plaintiff George E. Florence's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on April 26, 2006. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed may result in a court order directing the FCI-Florence warden to pay the entire $350.00 filing fee owed in this action. It is

FURTHER ORDERED that the clerk of the court mail a copy of this order to the FCI-Florence warden.

DATED May 15, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00798-BNB

George E. Florence
Reg. No. 98316-131
FCI – Florence
PO Box 6000
Florence, CO 81226

Warden
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/15/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk