IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00798-ZLW

GEORGE E. FLORENCE,
    Plaintiff,

v.

A. BERRIOS,
A. JOHNSON,
D. THARP,
GOMEZ (First Name Unknown),
MICHAEL CARR,
H. A. RIOS, JR.,
MICHAEL K. NALLEY,
HARRELL WATTS,
H. MARSHALL,
SORINTE (First Name Unknown),
M. D. WOOLARD,
VOOGAVICH (phonetic) (First Name Unknown), and
R. WORSHAM,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Plaintiff's Motion to Alter or Amend Order Denying Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24" submitted by Plaintiff George E. Florence and filed with the Court on October 6, 2006. According to this Court's records, the United States Court of Appeals for the Tenth Circuit on September 28, 2006, mailed to Mr. Florence the forms he needs to complete and return within forty days in order to seek leave to proceed on appeal pursuant to § 1915 in the Tenth Circuit. Therefore, the motion to alter or amend filed on October 6 is DENIED as unnecessary.

Dated: October 17, 2006

Copies of this Minute Order mailed on October 17, 2006, to the following:

George E. Florence
Prisoner No. 98316-131
FCI – Florence
PO Box 6000
Florence, CO 81226

_____
Secretary/Deputy Clerk